ANGELINA MULLEN, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

JOHN H. MULLEN, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

ANNE ORLOFF, Formerly ANNE TICHONCHUK, Appellant, v. STEVE ZEDLOVICH, Respondent. "MARY" ZEDLOVICH, etc., and Another, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

MOLLIE PALEY, Appellant, v. JULIUS PALEY, Respondent.— Judgment dismissing complaint upon the merits uananimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Rich, Young, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE AGRO, Appellant. — Judgment of conviction of the County Court of Kings county unanimously affirmed. (See *People* v. *Caruso*, 249 N. Y. 302.) Present — Lazansky, P. J., Rich, Young, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BORDEN'S FARM PRODUCTS CO., INC., Cited as BORDEN'S FARM PRODUCTS, INC., Appellant.— Judgment of conviction of the Court of Special Sessions, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIO FRANK NEURONI, Appellant.—Judgment of conviction of the County Court of Suffolk county unanimously affirmed. No opinion. Present — Lazanksy, P. J., Rich, Young, Carswell and Scudder, JJ.

ISAAC ROTH, Appellant, v. BEACHVIEW HOLDING COMPANY, INC., Respondent.— Appeal discontinued upon stipulation of counsel. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

SALDAN CONSTRUCTION CO., INC., Respondent, v. ISADORE KASENETZ, Appellant.— Judgment reversed upon the law and a new trial granted, costs to abide the event. There was error in the manner in which the evidence was adduced on the question of damages (fols. 83, 222, 227). Unauthenticated receipts are not proof of delivery of material; likewise testimony from a witness without personal knowledge, based upon book entries made upon information of a foreman not called as a witness, is not proof of labor performed or of material furnished, or of the reasonable value thereof. The building violations were not evidence of improper construction of the foundations and were improperly admitted for this purpose (fol. 56), although admissible to establish the fact that violations had been placed upon the buildings and that their existence was, therefore, a breach of the claimed contract to construct the foundations in a manner that complied with the building regulations. Lazansky, P. J., Rich, Young, Carswell and Scudder, JJ., concur.

ISRAEL SHERMAN and Others, Copartners Doing Business under the Firm Name and Style of METRO BAG WORKS, Respondents, v. UNION INDEMNITY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.